September 19, 2016

To Whom It May Concern:

I am writing in reference to Bankruptcy No. 12-17307 per the letter attached I am writing to request the release of the unclaimed funds in the amount of $418.85 that was returned by Pennymac.

Please mail payment to me at:

**Tawanna Ellis**
**831 East Price Street**
**Philadelphia, PA 19138**


If you require additional information please do not hesitate to contact me at 443-866-2043.

*[signature]*

SEP 2 1 2016

## FREDERICK L. REIGLE

*Attorney at Law*

STANDING CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE, SUITE 100
P.O. BOX 4010
READING, PENNSYLVANIA 19606-0410

FREDERICK L. REIGLE
POLLY A. LANGDON
LISA M. CIOTTI

(610) 779-1313
FAX (610) 779-3637

MAIL ALL PAYMENTS TO
P.O. BOX 680
MEMPHIS, TN 38101-0680

8/25/2015

Clerk, U.S. Bankruptcy Court
Attn: Fiscal Department
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Re: WINSTON G. ELLIS and TAWANNA D. ELLIS
Bankruptcy No. 12-17307-SR
UNCLAIMED REFUND/CONSENT TO RELEASE

Ladies/Gentlemen:

Enclosed please find Trustee check #1004704 in the amount of $418.85, payable to the CLERK, US BANKRUPTCY COURT, representing the funds remaining in the Trustee's account.

The above captioned case was recently closed and this check represents the UNCLAIMED amount which was paid to PENNYMAC CORP % LOAN SERVICES, a creditor of the above captioned debtor(s). This check was never cashed.

This letter will serve as the TRUSTEE'S CONSENT to the payment of these funds to the Creditor named above, should the Creditor seek release of the funds.

Thank you for your attention to this matter.

Very truly yours,

Frederick L. Reigle
Standing Chapter 13 Trustee

FLR:mms
Enclosure
cc: WINSTON G. ELLIS and TAWANNA D. ELLIS
    DAVID M. OFFEN, ESQ