### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Tawanna D Ellis and Winston
G Ellis

        Debtor(s)

Case No: 12–17307–sr

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Stephen Raslavich , United States Bankruptcy Judge to consider:

Motion for Return of Unclaimed Funds
in the Amount of $418.85
filed by Tawanna D. Ellis

on: 10/26/16

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/27/16

Timothy B. McGrath
Clerk of Court