United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-17307-sr
Tawanna D Ellis                                                       Chapter 13
Winston G Ellis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Sep 27, 2016
                              Form ID: 167            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2016.
db/jdb         +Tawanna D Ellis,    Winston G Ellis,    831 E. Price Street,    Philadelphia, PA 19138-1717
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
12932582       +PENNYMAC MORTGAGE INVESTMENT TRUST,    HOLDINGS I, LLC,    C/O PENNYMAC LOAN SERVICES, LLC,
                 6101 CONDOR DRIVE SUITE #310,    MOORPARK, CA 93021-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Winston G Ellis dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Tawanna D Ellis dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEFFREY T GROSSMAN    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
               jgrossman@grossmanfirm.com,    jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Loan Services, LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC
               BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARROLLANNE CAYCE    on behalf of Creditor    PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC
               BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tawanna D Ellis and Winston
G Ellis
    Debtor(s)

Case No: 12−17307−sr

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Stephen Raslavich , United States Bankruptcy Judge to consider:

Motion for Return of Unclaimed Funds
in the Amount of $418.85
filed by Tawanna D. Ellis

on: 10/26/16

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 9/27/16

For The Court

Timothy B. McGrath
Clerk of Court