IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                          : CHAPTER 13
                                               :
TAWANNA D. ELLIS AND WINSTON ELLIS             :
                                               :
            DEBTOR(S)                          : BANKRUPTCY NO. 12-17307 SR

# ORDER

AND NOW, upon consideration of the Debtor's LETTER/MOTION FOR UNCLAIMED FUNDS, and after hearing thereon this day, it is hereby:

ORDERED, that for the reasons stated in open Court, the Motion be and hereby is granted; the Clerk of the Bankruptcy Court is hereby authorized and directed to issue a check for the unclaimed funds in the amount of $418.85 payable to Tawanna D. Ellis and Winston G. Ellis, 831 East Price Street, Philadelphia, PA, 19138.

By the Court:

Stephen Raslavich
United States Bankruptcy Judge

Dated:  October 26, 2016

Tawanna D. Ellis
Winston G. Ellis
831 E. Price Street
Philadelphia, PA 19138

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, Pa 19606

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street - Suite 500
Philadelphia PA 19106

2