United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tawanna D Ellis  
Winston G Ellis  
    Debtors

Case No. 12-17307-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Oct 26, 2016  
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.  
db/jdb        +Tawanna D Ellis, Winston G Ellis, 831 E. Price Street, Philadelphia, PA 19138-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 27 2016 01:59:52     U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404  
                                                                                                                                                                                           TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:

         DAVID M. OFFEN    on behalf of Joint Debtor Winston G Ellis dmo160west@gmail.com, davidoffenecf@gmail.com  
         DAVID M. OFFEN    on behalf of Debtor Tawanna D Ellis dmo160west@gmail.com, davidoffenecf@gmail.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JEFFREY T GROSSMAN    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         KARROLLANNE CAYCE    on behalf of Creditor    PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                           TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| TAWANNA D. ELLIS AND WINSTON ELLIS | : |
| | : |
| DEBTOR(S) | : BANKRUPTCY NO. 12-17307 SR |

# ORDER

**AND NOW**, upon consideration of the Debtor's LETTER/MOTION FOR UNCLAIMED FUNDS, and after hearing thereon this day, it is hereby:

**ORDERED**, that for the reasons stated in open Court, the Motion be and hereby is granted; the Clerk of the Bankruptcy Court is hereby authorized and directed to issue a check for the unclaimed funds in the amount of $418.85 payable to Tawanna D. Ellis and Winston G. Ellis, 831 East Price Street, Philadelphia, PA, 19138.

By the Court:

_____
Stephen Raslavich
United States Bankruptcy Judge

Dated:   October 26, 2016

Tawanna D. Ellis
Winston G. Ellis
831 E. Price Street
Philadelphia, PA 19138

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, Pa 19606

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street - Suite 500
Philadelphia PA 19106